IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PAULA J. UNBANKES,<br><br>    Plaintiff,<br><br>    vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>    Defendant. | Case No. 1:21-cv-00250-HL<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA & COSTS PURSUANT TO 28 U.S.C § 1920 |

    Based upon the Stipulation of the parties, it is ORDERED that attorney fees in the amount of $7,385.48 are hereby awarded to Plaintiff, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 and costs of $402.00, for the filing fee, pursuant to 28 U.S.C § 1920. Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 130 S. Ct. 2521, 2527 (2010), if the Commissioner confirms that Plaintiff owes no debt to the Government through the federal treasury offset program, payment of this award shall be made by check made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff has such debt, the check for any remaining funds after offset shall be made out to Plaintiff and mailed to counsel's address provided above.

    Dated this __18th__ day of __May_____ 2022.

                                                                            _____
                                                                            ANDREW D. HALLMAN
                                                                            United States Magistrate Judge

Proposed Order submitted by:
Katherine L. Eitenmiller
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
keitenmiller@hwbm.net
Of Attorneys for Plaintiff